UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 MAR 18 AM 11: 17

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Raul BENITEZ-Nolasco,** Defendant | Magistrate Docket No. '08 MJ 0850 |
| | COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 16, 2008,** within the Southern District of California, defendant, **Raul BENITEZ-Nolasco,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Alexis Carroll
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF **MARCH 2008.**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

FAS

**CONTINUATION OF COMPLAINT:**
**Raul BENITEZ-Nolasco**

## PROBABLE CAUSE STATEMENT

On March 16, 2008, Border Patrol Agent B. Hollinder was assigned to line watch duties in the Chula Vista Border Patrol's area of operations to an area known as "Johnny Wolf's." At approximately 4:00 a.m. Senior Patrol Agent S. Crudale informed him via service radio, of two individuals walking northbound near an area commonly known as "Johnny Wolf's Draw." Johnny Wolf's Draw is located approximately three miles east of the Otay Mesa, California Port of Entry and approximately 1/2 mile north of the United States/Mexico International Boundary. SPA Crudale directed Agent Hollinder to the location of the individuals. Agent Hollinder found the two individuals lying in some bushes trying to conceal themselves. Agent Hollinder approached the individuals and identified himself as a United States Border Patrol Agent. Agent Hollinder asked the individuals their citizenship and nationality. Defendant **Raul BENITEZ-Nolasco** and the other individual told him that they were from Mexico. Agent Hollinder asked them if they had any documents that would allow them to be or remain in the United States legally. The defendant and the other person said, "No." At approximately 4:15 a.m. Agent Hollinder placed the defendant and other individual under arrest arranged to have them transported to the Chula Vista Border Patrol station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on January 30, 2007 through the Port of Entry at San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.