(7)

AO 455(Rev. 5/85) Waiver of Indictment

FILED

APR 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

RAUL BENITEZ-NOLASCO

**WAIVER OF INDICTMENT**

08cr1226-DMS

CASE NUMBER: 08-MJ0850

I, RAUL BENITEZ-NOLASCO, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-17-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Raul Benitez
[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER